# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

141599

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MARCO ANTONIO HERCULES-LOPEZ,
    Defendant-Appellant.

Marilyn Kelly,
*Chief Justice*

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
*Justices*

SC: 141599
COA: 280887
Kent CC: 06-000220-FC

_____/

    On order of the Court, the application for leave to appeal the June 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

Clerk

s1213